UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BRIAN SIMON,

                        Plaintiff,

        -against-

THE CITY OF NEW YORK, P.O. RICHARD FIUMANO
(SH# 1480), P.O. "JANE DOE" AND "JOHN DOE" 1-10.

                        Defendants.

-----------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 25 2012 ★
BROOKLYN OFFICE

STIPULATION

12 Cv. 0012 (NGG)(RLM)

        Any and all claims of plaintiff, BRIAN SIMON, in the above captioned action against defendants shall be and hereby are dismissed, without prejudice and without costs by this notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Paul Hale, Esq.
*Attorney for Plaintiff*
26 Court Street
Brooklyn, New York 11242

By: _____
    Paul Hale
    *Attorney for Plaintiff*

Dated: Brooklyn, New York
       July 16, 2012

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendant City*
100 Church Street, Rm. 3-180
New York, New York 10007

By: _____
    Wesley E. Bauman
    *Assistant Corporation Counsel*

Dated: New York, New York
       June 4, 2012

 

s/Nicholas Garaufis
_____
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 23, 2012